IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS C. and CHRISTY LEE HILL | : | |
| | : | CIVIL ACTION NO. 02-CV-4537 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                                       Aline Fairweather



_____     _____
Erin Brennan                                              Kirstin J. Miller



                                                              DECHERT PRICE & RHOADS
                                                             4000 Bell Atlantic Tower
                                                             1717 Arch Street
                                                             Philadelphia, PA  19103-2793
                                                             (215) 994-4000